IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

URIEL JIMENEZ-NAVARRO,

      Petitioner,

v.                                                                                    Civ. No. 26-0992-KG-KK

WARDEN, Otero County Processing Center,
DIRECTOR, Field Office Director of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement; TODD LYONS, Acting Director
Immigration and Customs Enforcement;
MARKWAYNE MULLIN, U.S. Department
Of Homeland Security; AND U.S. Attorney General,

      Respondents,[1]


ORDER TO ANSWER

This matter is before the Court on the Petition for Writ of Habeas Corpus Under 28

U.S.C. § 2241 (Doc. 1) (Petition).   Petitioner is an immigration detainee at the Otero County

Processing Center and is proceeding *pro se*.   He seeks a release from custody or a bond hearing.

Accepting the facts as true, the Petition is not subject to summary dismissal.   The Clerk's Office

has electronically served Respondents by Notice of Electronic Filing (NEF) using the Case

Management and Electronic Case Filing (CM/ECF) system.

The Court will set a briefing schedule, as set forth below.   The Court will also deny

Petitioner's Motion for Immediate Release (Doc. 2) - as the duration of his detention and reasons

---

[1] The Court will add the above-mentioned parties as Respondents.  *See Torres-Torres v. Miller,* 2020 WL 4430519 (D.N.M. July 31, 2020) (discussing the respondents in an immigration habeas case); *Lowmaster v. Dir., Bureau of Prisons*, 2024 WL 5135970, at *1 (D. Kan. Dec. 17, 2024) ("the Court notes that it routinely substitutes the" proper parties as "respondent in habeas cases"); *Danderson v. Page*, 2024 WL 3913051, at *2 (E.D. Okla. Aug. 20, 2024) (substituting the proper party respondent in a habeas case).

for his immigration arrest are not entirely clear - but will grant Petitioner's Motion to Prevent Transfer (Doc. 3) to preserve jurisdiction.   The Court will consider Petitioner's request for release after the answer is filed.

IT IS ORDERED that:

1. The United States Attorney's Office must answer the Petition within ten (10) business days of entry of this Order.

2. If Petitioner wishes to file an optional reply, he must do so within seven (7) business days after the response is filed.

3. Petitioner's Motion for Immediate Release (Doc. 2) is denied without prejudice, to the extent he seeks a release before the answer is filed.

4. Petitioner's Motion to Prevent Transfer (Doc. 3) is granted; and the Government is enjoined from transferring Petitioner from the District of New Mexico while this case is pending or absent further Order by the Court.

5. The Clerk's Office shall update CM/ECF to include the Respondents added by this Order.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.